UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DENNIS CARECCIA,

    Plaintiff,

v.

ARTHUR MACRAE, JR. and ARTHUR D. MACRAE,

    Defendants/Third-Party Plaintiffs,

v.

ROBERT INGLES,

    Third-Party Defendant.

Case No. CV-05-1628 (ARR-RLM)

**ADMISSION TO PRACTICE PRO HAC VICE**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT
★ SEP 2 [?] 2005 ★

P.M. _____
TIME A.M. _____

The motion for admission to practice pro hac vice in the above captioned matter is *on consent*. granted. The admitted attorney, Carlton T. Spiller, is permitted to argue or try this particular case in whole or in part as counsel or advocate.

An attorney admitted to practice pro hac vice is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission pro hac vice for the above listed case will be made on the roll of attorneys.

The attorney admitted pro hac vice must serve a copy of this Order on all other counsel in this case.

DATED:

*SO ORDERED:*
/s/
*Roanne L. Mann*
*U.S. Magistrate Judge*
Dated: 9/26/05

Hon. Allyne R. Ross, U.S.D.J.

cc:    Carlton T. Spiller, Esq.
       Court File

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DENNIS CARECCIA,<br><br>    Plaintiff,<br><br>v.<br><br>ARTHUR MACRAE, JR. and ARTHUR D. MACRAE,<br><br>    Defendants/Third-Party Plaintiffs,<br><br>v.<br><br>ROBERT INGLES,<br><br>    Third Party Defendant. | Case No. CV-05-1628 (ARR-RLM)<br><br>**NOTICE OF MOTION TO ADMIT COUNSEL <u>PRO HAC VICE</u>** |

TO: **JAMES P. CLARK, ESQ.**
1399 Franklin Avenue, Suite 200
Garden City, NY 11530
Attorneys for Plaintiff Dennis Careccia

**DANIEL J. CARLUCCIO, ESQ.**
Carluccio, Leone, Dimon, Doyle & Sacks, LLC
Nine Robbins Street
Toms River, NJ 08753
Attorneys for Defendants/Third-Party Plaintiffs
Arthur Macrae, Jr. and Arthur D. Macrae

COUNSEL:

**PLEASE TAKE NOTICE** that upon the annexed affidavit of movant in support of this motion and the Certificates of Good Standing annexed thereto we will move this Court before the Honorable Allyne R. Ross, U.S.D.J., at the United States Courthouse for the Eastern District of New York, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of Greenbaum, Rowe, Smith & Davis LLP, and a member in

good standing of the Bar of the State of New Jersey and the Federal District Court of New Jersey, as attorney <u>pro</u> <u>hac</u> <u>vice</u> to argue or try this case in whole or in part as counsel. There are no pending disciplinary proceedings against me in any State or Federal court.

    Respectfully submitted,

    _____
    CARLTON T. SPILLER (CS-2195)
    Attorneys for Third-Party Defendant
    Robert Ingles
    Greenbaum, Rowe, Smith & Davis LLP
    Metro Corporate Campus I
    99 Wood Avenue South
    Iselin, NJ 08830
    cspiller@greenbaumlaw.com

DATED: September 26, 2005    (732) 549-5600

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DENNIS CARECCIA,<br><br>    Plaintiff,<br><br>v.<br><br>ARTHUR MACRAE, JR. and ARTHUR D. MACRAE,<br><br>    Defendants/Third-Party Plaintiffs,<br><br>v.<br><br>ROBERT INGLES,<br><br>    Third Party Defendant. | Case No. CV-05-1628 (ARR-RLM)<br><br>**AFFIDAVIT OF CARLTON T. SPILLER IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

STATE OF NEW YORK   )
                    ) ss:
COUNTY OF NEW YORK  )

**CARLTON T. SPILLER**, being duly sworn, hereby deposes and says as follows:

1. I am a member of the law firm of Greenbaum, Rowe, Smith & Davis LLP.

2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto as Exhibit A, I am a member in good standing of the Bar of the State of New Jersey and the Federal District Court in New Jersey.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

5.   Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate pro hac vice in this one case.

                                                                                CARLTON T. SPILLER (CS-2195)
                                                                                Attorney for Third-Party Defendant
                                                                                Robert Ingles
                                                                                Greenbaum, Rowe, Smith & Davis LLP
                                                                                Metro Corporate Campus I
                                                                                99 Wood Avenue South
                                                                                Iselin, NJ  08830
                                                                                cspiller@greenbaumlaw.com
                                                                                (732) 549-5600

DATED: September 26, 2005

Sworn to and Subscribed to
before me this 26th day of
September, 2005.

Notary Public

SABRINA A. SMITH
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES JULY 27 2006

# EXHIBIT A

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

DISTRICT OF NEW JERSEY

I, WILLIAM T. WALSH, Clerk of the United States District Court for the District of New Jersey,

DO HEREBY CERTIFY that *Carlton T. Spiller* was duly admitted to practice in said Court on *December 16, 1982* and is in good standing as a member of the Bar of said Court.

Dated at Newark, New Jersey
on: September 20, 2005

WILLIAM T. WALSH, CLERK

By / Carey P. Carlisle, Deputy Clerk

U. S. District Court for the District of New Jersey does not entertain a grievance committee. Contact Board of Bar Examiners, New Jersey State Supreme Court.

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **CARLTON T SPILLER** (No. **019161982**) was constituted and appointed an Attorney at Law of New Jersey on **December 16, 1982** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **21ST** day of **September**, **2005**

Clerk of the Supreme Court

-453a-