UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DENNIS CARECCIA,

Plaintiff,

v.

ARTHUR MACRAE, JR. and ARTHUR D. MACRAE,

Defendants/Third-Party Plaintiffs,

v.

ROBERT INGLES,

Third Party Defendant.

Case No. CV-05-1628 (ARR-RLM)

**AFFIDAVIT OF CARLTON T. SPILLER IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

STATE OF NEW YORK        )
                         ) ss:
COUNTY OF NEW YORK       )

**CARLTON T. SPILLER**, being duly sworn, hereby deposes and says as follows:

1. I am a member of the law firm of Greenbaum, Rowe, Smith & Davis LLP.

2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto as Exhibit A, I am a member in good standing of the Bar of the State of New Jersey and the Federal District Court in New Jersey.

4. There are no pending disciplinary proceedings against me in any State or Federal court.