UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DENNIS CARECCIA,

    Plaintiff,

v.

ARTHUR MACRAE, JR. AND ARTHUR D. MACRAE,

    Defendants

and

ARTHUR MACRAE, JR. AND ARTHUR D. MACRAE,

    Third-Party Plaintiffs

v.

ROBERT INGLES,

    Third-Party Defendant

Case No. CV 05-1628 (ARR)

**NOTICE OF MOTION TO ADMIT COUNSEL <u>PRO HAC VICE</u>**

FEE PAID
CLERK, U.S. DISTRICT COURT
E.D.N.Y.

Respectfully referred to assigned Magistrate Judge. MANN
So ordered
[signature], USDJ
9/30/05
cc: counsel, Magistrate Judge

TO:  Daniel J. Carluccio, Esq.
Carluccio, Leone, Dimon, Doyle & Sacks, LLC
9 Robbins Street
Toms River, NJ 08753
Attorney for Plaintiff

James A. Clark, Esq.
1399 Franklin Avenue, Suite 200
Garden City, NY 11530
Attorney for Defendants

**PLEASE TAKE NOTICE** that upon the annexed affidavit of movant in support of this motion and the Certificates of Good Standing annexed thereto we will move this Court before the Honorable Allyne R. Ross, U.S.D.J., at the United States Courthouse for the Eastern District of New York, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of Darren

748820.01

C. Barreiro, Esq. of the firm of Greenbaum, Rowe, Smith & Davis LLP, and a member in good standing of the Bar of the State of New Jersey and the Federal District Court of New Jersey, as attorney pro hac vice to argue or try this case in whole or in part as counsel. There are no pending disciplinary proceedings against him in any State or Federal court.

Respectfully submitted,

_____
CARLTON T. SPILLER (2195)
Greenbaum, Rowe, Smith & Davis LLP
Metro Corporate Campus I
99 Wood Avenue South
Iselin, NJ 08830
(732) 549-5600

DATED: September 27, 2005

748820.01

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DENNIS CARECCIA,<br><br>Plaintiff,<br><br>v.<br><br>ARTHUR MACRAE, JR. and ARTHUR D. MACRAE,<br><br>Defendants,<br><br>and<br><br>ARTHUR MACRAE, JR. and ARTHUR D. MACRAE,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>ROBERT INGLES,<br><br>Third Party Defendant. | Case No. CV 05-1628 (RJM)<br><br>**AFFIDAVIT OF DARREN C. BARREIRO IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

STATE OF NEW JERSEY )
                         ) ss:
COUNTY OF MIDDLESEX )

    **DARREN C. BARREIRO**, being duly sworn, hereby deposes and says as follows:

1. I am an associate with the law firm of Greenbaum, Rowe, Smith & Davis LLP.

2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above captioned matter.

748784.01

3. As shown in the Certificates of Good Standing annexed hereto as Exhibit A, I am a member in good standing of the Bar of the State of New Jersey and the Federal District Court in New Jersey.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

5. Wherefore, I respectfully request that I be permitted to appear as counsel and advocate pro hac vice in this one case.

DARREN C. BARREIRO (2648)
Greenbaum, Rowe, Smith & Davis LLP
Metro Corporate Campus I
99 Wood Avenue South
Iselin, NJ 08830
(732) 549-5600

DATED: September 27, 2005

Sworn to and Subscribed to
before me this 27th day of
September, 2005.

Notary Public

748784.01

-2-

# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**

**DISTRICT OF NEW JERSEY**

I, **WILLIAM T. WALSH**, *Clerk of the United States District Court for the District of New Jersey,*

*DO HEREBY CERTIFY that* Darren C. Barreiro *was duly admitted to practice in said Court on* June 1, 1999 *and is in good standing as a member of the Bar of said Court.*

Dated at Newark, New Jersey
on: September 20, 2005

WILLIAM T. WALSH, CLERK

By _____
Carey P. Carlisle, Deputy Clerk

U. S. District Court for the District of New Jersey does not entertain a grievance committee.
Contact Board of Bar Examiners, New Jersey State Supreme Court.

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **DARREN C BARREIRO** (No. **047911998**) was constituted and appointed an Attorney at Law of New Jersey on **May 04, 1999** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **21ST** day of **September**, 20**05**

*Clerk of the Supreme Court*

-453a-

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DENNIS CARECCIA,<br><br>    Plaintiff,<br><br>v.<br><br>ARTHUR MACRAE, JR. and ARTHUR D. MACRAE,<br><br>    Defendants,<br><br>and<br><br>ARTHUR MACRAE, JR. and ARTHUR D. MACRAE,<br><br>    Third-Party Plaintiffs,<br><br>v.<br><br>ROBERT INGLES,<br><br>    Third-Party Defendant. | Case No. CV-05-1628 (ARR-RLM)<br><br>**ADMISSION TO PRACTICE<br>PRO HAC VICE** |

The motion for admission to practice pro hac vice in the above captioned matter is granted. The admitted attorney, Darren C. Barreiro, is permitted to argue or try this particular case in whole or in part as counsel or advocate.

An attorney admitted to practice pro hac vice is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission pro hac vice for the above listed case will be made on the roll of attorneys.

The attorney admitted pro hac vice must serve a copy of this Order on all other counsel in this case.

DATED:

_____
Hon. Allyne R. Ross, U.S.D.J.

cc: Darren C. Barreiro, Esq.
Court File